**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL District of CALIFORNIA
(State)

Case number (If known): _____ Chapter 11



FILED
SEP 23 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Stonewood Luxury Homes LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 - 3 5 3 6 2 5 8

4. **Debtor's address**

   Principal place of business
   
   22  Larchwood
   Number  Street
   
   Irvine    CA    92602
   City    State    ZIP Code
   
   Orange
   County

   Mailing address, if different from principal place of business
   
   _____  _____
   Number  Street
   
   _____
   P.O. Box
   
   _____  _____  _____
   City    State    ZIP Code
   
   Location of principal assets, if different from principal place of business
   
   1703  Plaza Del Sur
   Number  Street
   
   Newport Beach  CA    92661
   City    State    ZIP Code

5. **Debtor's website (URL)**    none

Debtor  **Stonewood Luxury Homes LLC**  Case number (if known)_____
          <sub>Name</sub>

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   **2361** __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **Stonewood Luxury Homes LLC**  Case number (if known) _____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No
   ☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY
   If more than 2 cases, attach a separate list.
            District _____ When _____ Case number _____
                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                     MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** 1703 Plaza Del Sur
                              Number   Street

    Newport Beach                              CA    92661
    City                                       State ZIP Code

    **Is the property insured?**
    ☐ No
    ■ Yes. Insurance agency  Cumbre Insurance Services LLC
           Contact name      Erica Medina
           Phone             909-291-4890

■ **Statistical and administrative information**

Debtor   Stonewood Luxury Homes LLC                               Case number (if known) _____
         Name

| 13. Debtor's estimation of available funds | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☒ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 22 / 2020
             MM / DD / YYYY

X _____          Jodi DiTolla
Signature of authorized representative of debtor   Printed name

Title  Managing Member

| Debtor | Stonewood Luxury Homes LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

18. **Signature of attorney**    X _____ Date  09 / 22 / 2020
                                    Signature of attorney for debtor        MM / DD / YYYY

William J. King, Esq.
Printed name

The WJK Law Firm, P.C.
Firm name

5151         California Ave., Ste. 100
Number    Street

Irvine                                        CA              92617
City                                          State           ZIP Code

844-487-8784                                  wking@wjklawfirm.com
Contact phone                                 Email address

199908                                        CA
Bar number                                    State

| Fill in this information to identify the case: |
|---|
| Debtor name  Stonewood Luxury Homes LLC |
| United States Bankruptcy Court for the: __Central__ District of __CA__ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dale's Plumbing 4262 Warwick Ct. Hemet, CA 92544 | Dagoberto Leyva 951-216-5330 daleplumbing66@gmail.com | Professional Services | Unliquidated | | | $32,450 |
| 2 | John Shetron 313 Carnation Corona Del Mar, CA 92625 | John Shetron 208-450-9832 john.shetron@yahoo.com | Private Loan | Unliquidated | | | $500,000 |
| 3 | Volk Drywall 212 E. Rowland St, Ste. 443 Covina, CA 91723 | Mark Volk 626-536-2501 mark@volkdrywall.com | Professional Services | Unliquidated | | | $24,480 |
| 4 | Air Max, Inc. 27260 Los Altos, #123 Mission Viejo, CA 92691 | Max Mirshahzadeh 949-468-9999 maxhvac_oc@yahoo.com | Professional Services | Unliquidated | | | $37,400 |
| 5 | H Leon Concrete 4132 Zimmerman St. Riverside, Ca 92505 | Hector Leon 714-453--7024 hleonconcrete@aol.com | Professional Services | Unliquidated | | | $16,240 |
| 6 | Integrity Kitchen Designs 2048 W. Broadway Anaheim, CA 92804 | Frank Oliviero 714-553-5010 integritykitchendesigns05@yahoo.com | Professional Services | Unliquidated | | | $22,000 |
| 7 | Bernas Construction 13622 Arrow Blvd. Fontana, CA 92335 | Antonio Bernabe 909-256-1752 tonybernabe22@gmail.com | Professional Services | Unliquidated | | | 8,780 |
| 8 | Top Quality Plaster 20929 Northampton Walnut, CA 91789 | Robert Stonesifer 714-248-4245 topqualityplaster20@gmail.com | Professional Services | Unliquidated | | | $10,200 |

Debtor  **Stonewood Luxury Homes LLC**    Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Greg McKhann<br>248 W. Marquita, #3<br>San Clemente, CA 92672 | Greg McKhann<br>714-637-1126<br>gmckhann@gmail.com | Private Loan | Unliquidated | | | $300,000 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Civic Financial Services
2015 Manhattan Beach Blvd.
Redondo Beach, CA 90278


FCI Lender Services Inc
PO Box 27378
Anaheim, CA 92809-0112


Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


MAC Flooring, Inc.
36 Argonaut
Suite 150
Aliso Viejo, CA 92656


Bernas Construction
3622 Arrow Blvd
Fontana, CA 92335


Superior Weatherproofing
26577 Emerett Lane
Perris, CA 92571


H Leon Concrete
4131 Zimmerman St
Riverside, CA 92505

Volk Drywall
212 E. Rowland Street
Suite 443
Covina, CA 91723

Air Max, Inc.
27260 Los Altos #123
Mission Viejo, CA 92691

Dale's Plumbing
4262 Warwick Court
Hemet, CA 92544

Integrity Kitchen Designs
2048 W. Boadway
Anaheim, CA 92804

Top Quality Plastering
12751 Balrin Ave
Downey, CA 90242

N&F Custom Builders
770 S. Lyon St #810
Santa Ana, CA 92705

Advanced Glass
8681 Katella Ave., #969
Stanton, CA 90680